# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2883
LT Case No. 16-2021-CF-003597-AXXXMA

———————————————

JERRY GALLION,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

———————————————

Petition for Prohibition,
R. Anthony Salem, Respondent Judge.

Jerry Gallion, Milton, pro se.

No Appearance for Respondent.

July 31, 2026

WALLIS, J.

After reviewing Petitioner's Response to this Court's Order to Show Cause dated May 8, 2026, it is clear that Petitioner continues to file pleadings that are an attempt to revisit issues which are abusive, repetitive, malicious, frivolous, and an abuse of this Court's process. As such, Petitioner is cautioned that any further pro se pleadings filed in this Court asserting the claim raised in Duval County Case No. 16-2021-CF-003597-AXXXMA may result

in Spencer Sanctions being imposed.  *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

EISNAUGLE and KILBANE, JJ., concur.